**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF JANUARY 13, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------

| | |
|---|---|
| WD77186 | Trent W. Fay vs. State of Missouri |
| WD77273 | In the Matter of the Application of Union Electric Company D/B/A Ameren Missouri for the Issuance of an Accounting Authority Order Relating to its Electrical Operations; Missouri Public Service Commission vs. Office of Public Counsel; MIEC |
| WD77274 | Consolidated with WD77273 |
| WD77371 | Ross Lawrence vs. New Bloomfield R-III School District and Treasurer of The State of Missouri-Custodian of The Second Injury Fund |
| WD77582 | Larry R. Thompson vs. Missouri Local Government Employees Retirement System |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------

None